UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSIE C. KO,<br><br>    Plaintiff,<br><br>v.<br><br>MUTUAL PHARMACEUTICAL COOMPANY, INC.,<br><br>    Defendant. | Case No. C-13-00890-RMW<br><br>**ORDER GRANTING MOTION FOR MORE TIME TO RESPOND**<br><br>[Re Docket No. 15] |

For good cause, the court GRANTS plaintiff's motion for more time to respond to defendant's motion to dismiss. *See* Dkt. No. 15. The court orders plaintiff to file her opposition on or before April 19, 2013. Defendant's reply is due on or before April 26. The hearing on the motion will be held at 9 am on May 17, 2013.

Dated: March 29, 2013

RONALD M. WHYTE
United States District Judge

ORDER
CASE NO. C-13-00890-RMW
SW

- 1 -