1  HASSARD BONNINGTON LLP
   Thomas M. Frieder, Esq. (SBN 95411)
2  E-mail: tmf@hassard.com
   Kendra J. Pappas, Esq. (SBN 226992)
3  E-mail: kjp@hassard.com
   Two Embarcadero Center, Suite 1800
4  San Francisco, California 94111-3941
   Telephone: (415) 288-9800
5  Fax: (415) 288-9801

6  ULMER & BERNE LLP
   Paul J. Cosgrove, Esq. (*Pro Hac Vice* pending)
7  Email: pcosgrove@ulmer.com
   600 Vine Street, Suite 2800
8  Cincinnati, Ohio 45202
   Phone: (513) 698-5000
9  Fax:    (513) 698-5001

10
   Attorneys for Defendant
11 MUTUAL PHARMACEUTICAL COMPANY, INC.

12

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15              SAN JOSE DIVISION

16 JOSIE C. KO,                              No. CV 13-0890 RMW
17              Plaintiff,                   Assigned to the Honorable Ronald M. Whyte
18     vs.
19 MUTUAL PHARMACEUTICAL                     **STIPULATION AND [PROPOSED] ORDER RELATING TO CHANGE OF HEARING DATE ON DEFENDANT MUTUAL PHARMACEUTICAL COMPANY, INC.'S MOTION TO DISMISS, AND DEADLINES FOR INITIAL DISCLOSURES, REPORTS AND ADR**
20 COMPANY, INC.,
21              Defendant.
22
23
24                                           [L.R. 7-12]
25
26
27
28

## STIPULATION

On March 6, 2013, Defendant Mutual Pharmaceutical Company, Inc. ("Mutual") filed its Motion to Dismiss. On March 7, 2013, this Court entered a Reassignment Order which assigned this action to the Honorable Ronald M. Whyte and vacated all previously scheduled dates. On March 8, 2013, Mutual filed its Amended Notice of Motion to Dismiss, reflecting the hearing date of April 19, 2013.

On or about March 15, 2013, the Court re-set the initial Case Management Conference to June 7, 2013 at 10:30 a.m. in Courtroom 6 and the deadline for filing a Joint Case Management Conference Statement to May 31, 3013. On March 19, 2013, a document entitled, "REQUESTING MORE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS" by plaintiff Josie C. Ko (in pro per) was filed. On or about March 29, 2013, the Court entered an Order granting plaintiff more time to file her opposition, to April 19, 2013, and moving the hearing and reply date. Pursuant to that Order, the hearing on Mutual's Motion to Dismiss was re-set to May 17, 2013. Mutual's deadline to file its reply was re-set to April 26, 2013.

The parties hereby stipulate to the following re-setting of the May 17, 2013 hearing date on Mutual's Motion to Dismiss, the initial Case Management Conference and deadline for filing the Joint Case Management Statement, and other adjustments to deadlines, as set forth in the previous orders in this action.

The hearing date on Mutual's Motion to Dismiss is moved from May 17, 2013 to **June 21, 2013** at **9:00 a.m.** in Courtroom 6, located at 4th Floor, at 280 South 1st Street, San Jose, California 95113. There are no changes to the briefing schedule associated with Mutual's Motion to Dismiss.

The Case Management Conference is moved from June 7, 2013 to **July 26, 2013** at **10:30 a.m.** in Courtroom 6, located at 4th Floor, at 280 South 1st Street, San Jose, California 95113. The deadline for the parties to file the Joint Case Management Statement is moved from May 31, 2013 to **July 19, 2013**.

The last day for the parties to perform the following is hereby adjusted

1 | from the previously scheduled dates to these new dates, as follows:

2 |       (1) **July 5, 2013**: The new deadline for the parties to (i) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan [Fed.R.Civ.P. 26(f) & ADR L.R. 3-5]; (ii) file the ADR Certification signed by Parties and Counsel, as applicable [Civ. L.R. 16-8(b) & ADR L.R. 3-5(b)]; and (iii) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference [Civ. L.R. 16-8(c) & ADR L.R. 3-5(b) & (c)].

      (2) **July 19, 2013**: The new last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file the Joint Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement.

      IT IS SO STIPULATED.

Dated: April 29, 2013                  HASSARD BONNINGTON LLP

By   /s/ Thomas M. Frieder
Thomas M. Frieder
Attorneys for Defendant
Mutual Pharmaceutical Company, Inc.

Dated: April 25, 2013                  PLAINTIFF JOSIE C. KO (IN PRO PER)

By   /s/ Josie C. Ko
Josie C. Ko
Plaintiff (In Pro Per)

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____

/s/ Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

-3-

Case No. CV 13-0890 RMW
STIPULATION AND [~~PROPOSED~~] ORDER