UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSIE C. KO,<br><br>    Plaintiff,<br><br>v.<br><br>MUTUAL PHARMACEUTICAL COMPANY, INC.,<br><br>    Defendant. | Case No. C-13-00890-RMW<br><br>**ORDER GRANTING-IN-PART PLAINTIFF'S REQUEST FOR MORE TIME**<br><br>[Re Docket No. 51] |

Because of a family matter, plaintiff requests an additional 60 days to respond to defendant's motion to dismiss. Plaintiff's opposition was otherwise due on August 29, 2013. Defendant opposes the request. *See* Dkt. No. 53. The court grants a partial extension. Plaintiff must file any opposition by September 30, 2013. Defendant must file any reply by October 8, 2013. The court orders the hearing on the motion, currently scheduled for September 27, 2013, moved to October 18, 2013. No further extensions will be granted.

Dated: September 9, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge